**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6570**

ROBERT DEMURO,

Plaintiff – Appellant,

v.

WILL SESSOMS, Mayor of Virginia; COMMISSIONER OF VIRGINIA
CORRECTIONAL CENTER; SHERIFF KEN STOLEY, overseeing
V.B.C.C.; DEPUTY DIGGS, overseeing cell classifications,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Mark S. Davis, District
Judge. (2:14-cv-00158-MSD-LRL)

Submitted: September 14, 2015        Decided: October 13, 2015

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Robert Demuro, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Demuro appeals the district court's order dismissing this action without prejudice for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Demuro v. Sessoms, No. 2:14-cv-00158-MSD-LRL (E.D. Va. Apr. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2